ACCEPTED
14-15-00176-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 1:14:27 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00176-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 1:14:27 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FOURTEENTH COURT OF APPEALS AT HOUSTON, TEXAS

**JOSLYN M. JOHNSON, INDIVIDUALLY AND AS EXECUTRIX FOR THE ESTATE OF RODNEY JOHNSON, DECEASED**
**Appellant**

**v.**

**CITY OF HOUSTON**
**Appellee**

On Appeal from the 125TH Judicial District Court of Harris County, Texas (Cause No. 2008-53919)

**APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellant asks the Court to extend the time to file her Brief.

1. This Motion is filed by Appellant pursuant to TEX. R. APP. P. 10.5 (b) and 38.6(d).

2. The matter is on appeal from the 125TH Judicial District Court in Harris County, Texas; Cause No. 2008-53919 styled as Joslyn Johnson, Individually and as Executrix for the Estate of Rodney Johnson v. City of Houston. The

final order made the basis of this appeal was signed by the trial court on November 17TH 2014.

3. Appellant requests an extension of at least ONE HUNDRED TWENTY DAYS (120) days from the original due date of May 1ST 2015 to file her brief.

4. This is the second extension sought by the Appellant.

5. The Appellee requested the trial court clerk to supplement the record with additional documents. Those records were only made available recently, and after the expiration of Appellant's first extension.

For these reasons the Appellant respectfully requests the Court to grant an extension to file her brief.

Respectfully submitted,

LAW OFFICES OF BEN DOMINGUEZ, II

BY:_____
Ben Dominguez, II
SBN: 00786415
The Esperson Buildings
808 Travis, Suite 907
Houston, Texas 77002
Tel: (713) 224-7333
Fax: (832) 201-7071
Bdominguez@bendominguez.com
David M. Medina
SBN: 88
5800 Memorial Drive, Suite 890
Houston, Texas 77007
ATTORNEYS FOR APPELLANT
JOSLYN JOHNSON

## CERTIFICATE OF CONFERENCE

I hereby certify that I telephoned Mr. John Wallace on 7th of July 2015 to discuss this motion and I left a detailed message for the purpose of my call. I have not received a return call regarding his position on this motion.

_____
**BEN DOMINGUEZ, II**


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon all counsel of record via fax or ECF on July 7, 2015.

John B. Wallace
Sr. Assistant City Attorney
john.wallace@houstontx.gov

_____
**BEN DOMINGUEZ, II**

**THE STATE OF TEXAS** §

**COUNTY OF HARRIS** §

## <u>VERIFICATION</u>

Before me, the undersigned authority, on this day personally appeared, Ben Dominguez, II, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me the foregoing facts contained are hereby true and correct.

_____
BEN DOMINGUEZ II

SUBSCRIBED and SWORN TO before me, on this ___7th___ day of ___July___, 2015, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

CECILIA GAITAN
Notary Public, State of Texas
My Commission Expires
December 13, 2017